**Zilberbrand Merrill Lynch Account Analysis**

| | Credits | | | | | Debits | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Funds Received | Electronic Transfers | Other Credits | Dividends/ Interest | Total Credits | Electronic Transfers | Other Debits | Visa Purchases | ATM Cash Advances | Checks Written Bill Payments | Total Debits | $64,188.43 |
| **2015** | | | | | | | | | | | | |
| January | | | $416,602.05 | 0.88 | $416,602.93 | -$6,868.37 | -$3,300.17 | | -$600.00 | -$21,406.34 | -$32,174.88 | $448,616.48 |
| February | $2,900.00 | $4,256.24 | | $5.77 | $7,162.01 | -$22,090.06 | -$3,300.00 | | -$3,320.00 | -$60,665.14 | -$89,375.20 | $366,403.29 |
| March | $35,365.97 | | | $6.55 | $35,372.52 | -$2,545.17 | -$2,500.00 | | -$1,100.00 | -$23,311.58 | -$29,456.75 | $372,319.06 |
| April | $2,500.00 | | | $5.88 | $2,505.88 | -$2,461.94 | -$2,700.00 | | -$600.00 | -$20,192.30 | -$25,954.24 | $348,870.70 |
| May | $1,700.00 | | $65,000.00 | $3.16 | $66,703.16 | -$11,988.25 | -$2,750.00 | -$21.82 | -$5,549.81 | -$38,108.47 | -$58,418.35 | $357,155.51 |
| June | $17,780.46 | | | $3.26 | $17,783.72 | -$9,416.77 | -$2,750.00 | | -$600.00 | -$17,193.07 | -$29,959.84 | $344,979.39 |
| July | $0.00 | $0.35 | | $3.04 | $3.39 | -$20,694.50 | -$6,250.00 | -$51.12 | -$1,200.00 | -$9,584.22 | -$37,779.84 | $307,202.94 |
| Aug. | $15,000.00 | | | $2.58 | $15,002.58 | -$69,262.87 | | | -$120.00 | -$21,009.19 | -$90,392.06 | $231,813.46 |
| Sept. | $1,966.67 | | $50,000.00 | $2.07 | $51,968.74 | -$16,083.91 | -$3,300.00 | | -$2,133.73 | -$5,858.02 | -$27,375.66 | $256,406.54 |
| Oct. | $900.00 | | $50,000.00 | $2.20 | $50,902.20 | -$31,131.64 | | | -$1,800.00 | -$16,522.50 | -$49,454.14 | $257,854.60 |
| Nov. | $14,110.00 | | | $2.23 | $14,112.23 | -$16,170.30 | | | -$3,400.00 | -$24,176.41 | -$43,746.71 | $228,220.12 |
| Dec. | $21,063.48 | | $12,500.00 | $2.13 | $33,565.61 | $21,063.43 | | | -$400.00 | $21,703.90 | $42,367.33 | $218,620.40 |
| **Total** | **$113,286.58** | **$4,256.59** | **$594,102.05** | **$38.87** | **$711,684.97** | **-$187,650.35** | **-$26,850.17** | **-$72.94** | **-$20,823.54** | **-$236,323.34** | **-$471,720.34** | |
| **2016** | | | | | | | | | | | | $218,620.40 |
| January | $496.67 | | | $1.82 | $498.49 | -$11,123.20 | | | -$900.00 | -$8,047.41 | -$20,070.61 | $199,048.28 |
| February | $5,093.25 | | | $1.63 | $5,094.88 | -$13,650.23 | | | -$2,000.00 | -$31,267.86 | -$46,918.09 | $157,225.07 |
| March | $516.85 | | | $1.26 | $518.11 | -$13,599.34 | | | -$320.00 | -$22,700.63 | -$36,619.97 | $121,123.21 |
| April | $7,781.21 | | | $0.99 | $7,782.20 | -$12,649.27 | | | -$1,320.00 | -$8,058.35 | -$22,027.62 | $106,877.79 |
| May | $16,820.00 | | | $0.86 | $16,820.86 | -$28,872.04 | | | -$1,003.24 | -$17,981.36 | -$47,856.64 | $75,842.01 |
| June | $2,018.67 | | | $0.57 | $2,019.24 | -$11,709.71 | | | | -$9,818.61 | -$21,528.32 | $56,332.93 |
| July | $2,463.54 | | $95,000.00 | $0.41 | $97,463.95 | -$25,687.65 | | | -$1,800.00 | -$13,505.31 | -$40,992.96 | $112,803.92 |
| Aug. | $2,449.82 | | $95,000.00 | $1.30 | $97,451.12 | -$32,520.42 | -$2,209.64 | | -$700.00 | -$35,095.68 | -$70,525.74 | $139,729.30 |
| Sept. | $902.73 | | | $1.14 | $903.87 | -$26,668.65 | | | -$1,000.00 | -$8,447.14 | -$36,115.79 | $104,517.38 |
| Oct. | $704.97 | | | $0.83 | $705.80 | -$24,163.10 | | | -$1,500.00 | -$8,046.37 | -$33,709.47 | $71,513.71 |
| Nov. | $3,833.00 | | | $0.53 | $3,833.53 | -$6,036.55 | | | -$4,700.00 | -$12,103.03 | -$22,839.58 | $52,507.66 |
| Dec. | $1,542.71 | $30,550.00 | | $0.14 | $32,092.85 | -$21,095.61 | | -$30.00 | -$4,860.00 | -$50,700.23 | -$76,685.84 | $7,914.67 |
| **Total** | **$44,623.42** | **$30,550.00** | **$190,000.00** | **$11.48** | **$265,184.90** | **-$227,775.77** | **-$2,209.64** | **-$30.00** | **-$20,103.24** | **-$225,771.98** | **-$475,890.63** | |
| **2017** | | | | | | | | | | | | $7,935.53 |
| January | $771.00 | $96,025.61 | | 0.12 | $96,796.73 | -$34,372.23 | | -$436.29 | -$2,900.00 | -$58,961.78 | -$96,670.30 | $8,061.96 |
| February | | | | $0.03 | $0.03 | -$5,618.00 | | | -$700.00 | -$304.52 | -$6,622.52 | $1,439.47 |
| **Total** | **$771.00** | **$96,025.61** | **$0.00** | **$0.15** | **$96,796.76** | **-$39,990.23** | **$0.00** | **-$436.29** | **-$3,600.00** | **-$59,266.30** | **-$103,292.82** | |
| **Overall Total** | **$158,681.00** | **$130,832.20** | **$784,102.05** | **$50.50** | **$1,073,666.63** | **-$455,416.35** | **-$29,059.81** | **-$539.23** | **-$44,526.78** | **-$521,361.62** | **-$1,050,903.79** | |