**Zilberbrand, Automobile & Credit Card Transfers**

### 2015

| | Jan | Feb | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Audi #1 | | | | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $9,632.34 |
| B of A | $1,000.00 | $750.00 | $500.00 | $500.00 | $2,000.00 | | $4,000.00 | $2,500.00 | $1,000.00 | $5,000.00 | $2,000.00 | $600.00 | $19,850.00 |
| Audi#2 | $798.38 | $1,596.76 | | $1,596.76 | | $798.38 | $798.38 | $798.38 | $798.38 | $798.38 | $798.38 | $798.38 | $9,580.56 |
| Ducati Financial | | | | | $414.96 | $414.96 | $414.96 | $414.96 | $414.96 | $414.96 | $414.96 | $414.96 | $3,319.68 |
| Reed Waters Polaris | $1,376.00 | | | | | | | | | | | | $1,376.00 |
| American Express | | $20,000.00 | $20,000.00 | $11,000.00 | $25,000.00 | $10,500.00 | $14,164.98 | $8,000.00 | $10,000.00 | $15,000.00 | $10,000.00 | $15,000.00 | $158,664.98 |
| Sheffield Financial | | | | $240.29 | $240.29 | $240.49 | | $520.00 | $260.57 | | $230.58 | $250.00 | $1,982.22 |
| Nicole F | | | | | | | | | | | | | $0.00 |
| Nicole Zilberbrand | | | | | | | | | | | | | $0.00 |
| Zilberbrand | | | | | | | | | | $3,200.00 | | | $3,200.00 |
| Unrecorded Check | | | | | | | | | | $2,000.00 | | | $2,000.00 |
| Totals | $3,174.38 | $22,346.76 | $20,500.00 | $14,407.31 | $28,725.51 | $13,024.09 | $20,448.58 | $13,303.60 | $13,544.17 | $22,283.60 | $14,514.18 | $18,133.60 | **$204,405.78** |

### 2016

| | Jan | Feb | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Audi #1 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | $1,070.26 | | $1,070.26 | $1,070.26 | $1,070.26 | $11,772.86 |
| B of A | $3,200.00 | $4,500.00 | $2,000.00 | $1,000.00 | $1,500.00 | $2,500.00 | $5,800.00 | $5,000.00 | | $700.00 | $1,000.00 | | $27,200.00 |
| Audi#2 | $798.38 | $798.38 | $798.38 | $798.38 | $798.38 | $798.38 | $798.38 | $800.00 | $796.76 | $798.38 | $1,636.78 | $1,636.68 | $11,257.26 |
| Ducati Financial | $414.96 | $414.96 | $414.96 | $414.96 | $15,663.57 | | | | | | | | $17,323.41 |
| Reed Waters Polaris | | | | | | | | | | | | | $0.00 |
| American Express | $5,000.00 | | $7,500.00 | $6,500.00 | $7,500.00 | $6,000.00 | $20,000.00 | $25,000.00 | $20,638.80 | $15,000.00 | $100.00 | $100.00 | $113,338.80 |
| Sheffield Financial | $260.57 | | $230.58 | | $240.29 | $250.00 | $250.00 | $250.00 | $225.00 | $230.00 | $226.45 | | $2,162.89 |
| Nicole F | | | | | | | | | | | | | $0.00 |
| Nicole Zilberbrand | | | | | | | | | | | | $33,000.00 | $33,000.00 |
| Zilberbrand | | $3,200.00 | | $3,200.00 | | $3,200.00 | $2,750.00 | $825.00 | | | | $3,200.00 | $16,375.00 |
| Unrecorded Check | $3,200.00 | | $4,690.29 | | | $180.00 | | | | | | | $8,070.29 |
| Totals | $13,944.17 | $9,983.60 | $16,704.47 | $12,983.60 | $26,772.50 | $13,998.64 | $30,668.64 | $32,945.26 | $21,660.56 | $17,798.64 | $4,033.49 | $39,006.94 | **$240,500.51** |

**Zilberbrand, Automobile & Credit Card Transfers**

| | 2017 | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. | |
| Audi #1 | | | | | | | | | | | | | $0.00 |
| B of A | $4,763.32 | $5,000.00 | | | | | | | | | | | $9,763.32 |
| Audi #2 | | | | | | | | | | | | | $0.00 |
| Ducati Financial | | | | | | | | | | | | | $0.00 |
| Reed Waters Polaris | | | | | | | | | | | | | $0.00 |
| American Express | $2,774.77 | | | | | | | | | | | | $2,774.77 |
| Sheffield Financial | | | | | | | | | | | | | $0.00 |
| Nicole F | $32,500.00 | | | | | | | | | | | | $32,500.00 |
| Nicole Zilberbrand | $13,000.00 | | | | | | | | | | | | $13,000.00 |
| Zilberbrand | $4,000.00 | | | | | | | | | | | | $4,000.00 |
| Unrecorded Check | $5,000.00 | | | | | | | | | | | | $5,000.00 |
| Totals | $62,038.09 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$67,038.09** |

**Grand Total**     **$511,944.38**