## JASON ZILBERBRAND
*Bank of America Acct. Ending in #2871*

| Transaction Date: | Description | Amount | Memo |
|---|---|---|---|
| 09/26/2014 | Fin Feather Fur Outfitters | 2,616.93 | |
| 10/01/2014 | Gat Guns, Inc. | 25.07 | |
| 10/01/2014 | Gat Guns, Inc. | 55.00 | |
| 10/12/2014 | Gat Guns, Inc. | 173.59 | |
| 10/18/2014 | Gat Guns, Inc. | 26.44 | |
| 10/18/2014 | Gat Guns, Inc. | 466.53 | |
| 10/26/2014 | Gat Guns, Inc. | 348.27 | |
| 11/01/2014 | Gat Guns, Inc. | 25.07 | |
| 11/01/2014 | Reactive Gunworks | 2,800.85 | |
| 11/08/2014 | Gat Guns, Inc. | 55.00 | |
| 11/14/2014 | Gat Guns, Inc. | 150.22 | |
| 11/21/2014 | Gat Guns, Inc. | 26.43 | |
| 11/25/2014 | Milt Sparks Holsters | 129.00 | |
| 01/16/2015 | Gat Guns, Inc. | 22.63 | |
| 01/17/2015 | Nielsen Enterprises | 639.81 | All-Terrain Vehicles |
| 01/20/2015 | Nielsen Enterprises | 447.23 | |
| 02/20/2015 | Sheffield Financial, LLC | 240.29 | |
| 02/23/2015 | Headwaters Polaris | 170.18 | |
| 03/22/2015 | Bass Pro Shops | 447.20 | |
| 03/22/2015 | Bass Pro Shops | 26.99 | |
| 04/11/2015 | Dainese D. Store | 1,090.84 | Motorcycle Apparel |
| 04/16/2015 | Moto Union | 1,500.00 | |
| 04/20/2015 | Ride Chicago | 265.00 | |
| 09/17/2015 | Oksalbu Company | 933.10 | |
| 12/01/2015 | Barney's Internet | 1,150.69 | |
| 12/04/2015 | Mr. Porter.com | 1,265.00 | |
| 01/12/2016 | Mr. Porter.com | 1,146.00 | |
| 01/21/2016 | Mr. Porter.com | 403.50 | |
| 02/25/2016 | Running Away Multisport | 2,422.09 | |
| 04/24/2016 | www.Gunbroker.com | 53.33 | |
| 05/10/2016 | SP * Roka Sports | 900.00 | |
| 05/13/2016 | Mr. Porter.com | 715.00 | |
| 05/31/2016 | Maestro UK | 2,208.98 | |
| 09/12/2016 | John Varvatos | 2,498.00 | |
| | ***Total*** | **$25,444.26** | |