Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-04034
JASON LEWIS ZILBERBRAND )
) Chapter: 7
)
) Honorable A. Benjamin Goldgar
)
Debtor(s) )

## ORDER GRANTING TRUSTEE'S MOTION TO INTERVENE IN PENDING RULE 2004 PROCEEDINGS

Upon consideration of the Motion to Intervene in Pending Rule 2004 Proceedings filed by Ilene F. Goldstein, Chapter 7 Trustee (the "Trustee"), IT IS HEREBY ORDERED:

The Trustee is authorized to intervene in the pending Rule 2004 discovery.

Dated: 21 DEC 2018

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
LAKELAW
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
(312) 588-5000
Fax (312) 427-5709
pbauch@lakelaw.com