Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-04034 ABG  
**Case Name:** ZILBERBRAND, JASON LEWIS  

**Period Ending:** 12/31/18  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/13/17 (f)  
**§341(a) Meeting Date:** 03/16/17  
**Claims Bar Date:** 04/26/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Account - Merrill Lynch<br>Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 3 | Rental deposit: Yiewen Chen<br>Imported from original petition Doc# 1 | 3,750.00 | 3,750.00 | | 0.00 | FA |
| 4 | Office Chair & Desk<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 48" Panasonic TV 40m 2010<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Apple MacBook Pro 40 m 2005<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | DVD's<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Brother Printer/Scanner<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Jackets, shirts, t-shirts, sweaters, shoes, and<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 10 | 2 Fishing poles 1 Nikon Em 1981 Golf Clubs Bowfl<br>Imported from original petition Doc# 1 | 525.00 | 0.00 | | 0.00 | FA |
| 11 | Ret. or Pension Acct.: IRA - Merril Lynch<br>Imported from original petition Doc# 1 | 50,571.58 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-04034 ABG  
**Case Name:** ZILBERBRAND, JASON LEWIS  
**Period Ending:** 12/31/18

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/13/17 (f)  
**§341(a) Meeting Date:** 03/16/17  
**Claims Bar Date:** 04/26/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Ret. or Pension Acct.: Roth IRA - Merril Lynch<br>Imported from original petition Doc# 1 | 7,518.40 | 0.00 | | 0.00 | FA |
| 13 | Etrade<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | BamBam Enterprises LLC Seies A-F, 1% ownership<br>Imported from original petition Doc# 1 | 350.00 | 350.00 | | 0.00 | 350.00 |
| 15 | Nola DE II, Inc., 33% ownership<br>Imported from original petition Doc# 1 | 278.88 | 278.88 | | 0.00 | 278.88 |
| 16 | The Jet Collection, 49% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Nola Manager Inc., 33% ownership<br>Imported from original petition Doc# 1 | 279.68 | 279.68 | | 0.00 | 279.68 |
| 18 | Fishhook Productions LLC, 50% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Callahan's Taverne & Grille, Inc., 85% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | Nonpublic stock and businesses: Debtor had an in<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | Zilberbrand Group LLC, 30% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | Aberdeen Productions LLC, 100% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-04034 ABG  
**Case Name:** ZILBERBRAND, JASON LEWIS  

**Period Ending:** 12/31/18

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/13/17 (f)  
**§341(a) Meeting Date:** 03/16/17  
**Claims Bar Date:** 04/26/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Zilberbrand Tenancy by the Entirety Trust<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | 1,500.00 |
| 24 | Claim against LKH, Inc. for fraud, breach of con<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Polaris Switchback, Snowmobile. Entire property<br>Imported from original petition Doc# 1 | 9,000.00 | 463.64 | | 0.00 | FA |
| 26 | German Shepard and English Bulldog<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$76,973.54** | **$5,122.20** | | **$0.00** | **$2,408.56** |

**Major Activities Affecting Case Closing:**

STATUS: JANUARY 2018 There currently is a motion pending and briefed for dismissal on bad faith brought by one of the creditors currently set by the Court for March. The Trustee is awaiting that decision but is currently looking at avoiding power actions.

STATUS: The Trustee has hired special counsel to evaluate avoiding power actions. There has been discovery pursued.

**Initial Projected Date Of Final Report (TFR):** March 31, 2019     **Current Projected Date Of Final Report (TFR):** June 30, 2020 (Actual)

Printed: 02/11/2019 03:17 PM     V.14.50