Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 17-04034 ABG | **Trustee:** | (330290) | ILENE F. GOLDSTEIN |
| **Case Name:** | ZILBERBRAND, JASON LEWIS | **Filed (f) or Converted (c):** | 02/13/17 (f) | |
| | | **§341(a) Meeting Date:** | 03/16/17 | |
| **Period Ending:** | 12/31/21 | **Claims Bar Date:** | 04/26/18 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Account - Merrill Lynch<br>Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 3 | Rental deposit: Yiewen Chen<br>Imported from original petition Doc# 1 | 3,750.00 | 3,750.00 | | 0.00 | FA |
| 4 | Office Chair & Desk<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | 48" Panasonic TV 40m 2010<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Apple MacBook Pro 40 m 2005<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | DVD's<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Brother Printer/Scanner<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Jackets, shirts, t-shirts, sweaters, shoes, and<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 10 | 2 Fishing poles 1 Nikon Em 1981 Golf Clubs Bowfl<br>Imported from original petition Doc# 1 | 525.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 17-04034 ABG | Trustee: | (330290) ILENE F. GOLDSTEIN |
|---|---|---|---|
| Case Name: | ZILBERBRAND, JASON LEWIS | Filed (f) or Converted (c): | 02/13/17 (f) |
| | | §341(a) Meeting Date: | 03/16/17 |
| Period Ending: | 12/31/21 | Claims Bar Date: | 04/26/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Ret. or Pension Acct.: IRA - Merril Lynch<br>Imported from original petition Doc# 1 | 50,571.58 | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: Roth IRA - Merril Lynch<br>Imported from original petition Doc# 1 | 7,518.40 | 0.00 | | 0.00 | FA |
| 13 | Etrade<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | BamBam Enterprises LLC Seies A-F, 1% ownership<br>Imported from original petition Doc# 1 | 350.00 | 350.00 | | 0.00 | FA |
| 15 | Nola DE II, Inc., 33% ownership<br>Imported from original petition Doc# 1 | 278.88 | 278.88 | | 0.00 | FA |
| 16 | The Jet Collection, 49% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Nola Manager Inc., 33% ownership<br>Imported from original petition Doc# 1 | 279.68 | 279.68 | | 0.00 | FA |
| 18 | Fishhook Productions LLC, 50% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Callahan's Taverne & Grille, Inc., 85% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Nonpublic stock and businesses: Debtor had an in<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-04034 ABG  
**Case Name:** ZILBERBRAND, JASON LEWIS  

**Period Ending:** 12/31/21

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/13/17 (f)  
**§341(a) Meeting Date:** 03/16/17  
**Claims Bar Date:** 04/26/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Zilberbrand Group LLC, 30% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Aberdeen Productions LLC, 100% ownership<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Zilberbrand Tenancy by the Entirety Trust<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 24 | Claim against LKH, Inc. for fraud, breach of con<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Polaris Switchback, Snowmobile. Entire property<br>Imported from original petition Doc# 1 | 9,000.00 | 463.64 | | 0.00 | FA |
| 26 | German Shepard and English Bulldog<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Claim/Revocation/Objection Nocloe  (u) | 0.00 | 1,000.00 | | 75,000.00 | 25,000.00 |
| 27 Assets | **Totals** (Excluding unknown values) | **$76,973.54** | **$6,122.20** | | **$75,000.00** | **$25,000.00** |

**Major Activities Affecting Case Closing:**

STATUS: JANUARY 2021: The Trustee settled  a revocation of discharge law suit and The  an objection to discharge in a related case of the Debtor , his  wife . The payments are instalment and run through the end of 2021

Printed: 03/04/2021 12:35 PM     V.20.27

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case Number: | 17-04034 ABG | Trustee: | (330290) ILENE F. GOLDSTEIN |
|---|---|---|---|
| Case Name: | ZILBERBRAND, JASON LEWIS | Filed (f) or Converted (c): | 02/13/17 (f) |
| | | §341(a) Meeting Date: | 03/16/17 |
| Period Ending: | 12/31/21 | Claims Bar Date: | 04/26/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

STATUS: JANUARY 2020: The Trustee filed a revocation of discharge which is pending. The Trustee filed an objection to discharge in a related case of the Debtor's wife and is filing a motion for default. There has been discovery pursued. The Trustee is negotiating a settlement. for both pending matters.

STATUS: JANUARY 2019 The Trustee has hired special counsel to evaluate avoiding power actions. There has been discovery pursued.

STATUS: JANUARY 2018 There currently is a motion pending and briefed for dismissal on bad faith brought by one of the creditors currently set by the Court for March. The Trustee is awaiting that decision but is currently looking at avoiding power actions.

**Initial Projected Date Of Final Report (TFR):** March 31, 2019    **Current Projected Date Of Final Report (TFR):** June 30, 2022

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-04034 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- |
| Case Name: | ZILBERBRAND, JASON LEWIS | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******4557 - Checking Account |
| Taxpayer ID #: | **-***3412 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/19/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 62,144.45 | | 62,144.45 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 94.60 | 62,049.85 |
| 02/03/21 | {27} | Zilberbrand/ Chase | Settlement | 1249-000 | 6,250.00 | | 68,299.85 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 100.16 | 68,199.69 |
| 03/03/21 | {27} | Chase/ Zilberbrand | Settlement | 1249-000 | 6,250.00 | | 74,449.69 |
| 03/03/21 | 10101 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2021 FOR CASE #17-04034 | 2300-000 | | 31.78 | 74,417.91 |
| | | | **ACCOUNT TOTALS** | | 74,644.45 | 226.54 | $74,417.91 |
| | | | Less: Bank Transfers | | 62,144.45 | 0.00 | |
| | | | **Subtotal** | | 12,500.00 | 226.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,500.00** | **$226.54** | |

{} Asset reference(s)

Printed: 03/04/2021 12:35 PM     V.20.27

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-04034 ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ZILBERBRAND, JASON LEWIS | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4266 - Checking Account |
| Taxpayer ID #: | **-***3412 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/18/20 | {27} | Zilberbrand | Settlement | 1249-000 | 25,000.00 | | 25,000.00 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 13.31 | 24,986.69 |
| 08/08/20 | {27} | Chase/ Zilberbrand | Settlement Rvocation/ Discharge | 1249-000 | 6,250.00 | | 31,236.69 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 44.26 | 31,192.43 |
| 09/03/20 | {27} | Jason Zilberbrand/ Chase | SETTLEMENT Revocation Discharge | 1249-000 | 6,250.00 | | 37,442.43 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 61.84 | 37,380.59 |
| 10/04/20 | {27} | Zilberbrand/Chase | Settlement | 1249-000 | 6,250.00 | | 43,630.59 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 67.73 | 43,562.86 |
| 11/08/20 | {27} | Chase/Zilberbrand | Settlement | 1249-000 | 6,250.00 | | 49,812.86 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 73.30 | 49,739.56 |
| 12/06/20 | {27} | Zilberbrand/Chase | Settlement | 1249-000 | 6,250.00 | | 55,989.56 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 95.11 | 55,894.45 |
| 01/04/21 | {27} | Zilberbrand/Chase | Settlement | 1249-000 | 6,250.00 | | 62,144.45 |
| 01/19/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 62,144.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **62,500.00** | **62,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 62,144.45 | |
| | | | **Subtotal** | | **62,500.00** | **355.55** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,500.00** | **$355.55** | |

{} Asset reference(s)                                                                                           Printed: 03/04/2021 12:35 PM    V.20.27

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 17-04034 ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ZILBERBRAND, JASON LEWIS | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4266 - Checking Account |
| Taxpayer ID #: | **-***3412 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4557** | 12,500.00 | 226.54 | 74,417.91 |
| **Checking # ******4266** | 62,500.00 | 355.55 | 0.00 |
| | $75,000.00 | $582.09 | $74,417.91 |

{} Asset reference(s)

Printed: 03/04/2021 12:35 PM     V.20.27